UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 98CR0786-BTM |
|---|---|---|
| Plaintiff, | ) ) ) | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANT |
| v. | ) ) | |
| JOHN ALEXANDER ROY (6), | ) ) ) | |
| Defendant. | ) ) ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above captioned case against John Alexander Roy be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

Dated: January 4, 2017

Barry Ted Moskowitz, Chief Judge
United States District Court